UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-22597 CIV-MORENO/O'SULLIVAN

JOSE ANTONIO CHECA CURI

    Plaintiff,

v.

PERSHING LLC

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL

THIS CAUSE came before the Court upon the parties Stipulation of Dismissal with Prejudice filed June 12, 2014.

THE COURT has considered the stipulation and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice with each party bearing its own fees and costs pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

DONE AND ORDERED in Chambers, this ___ day of June, 2014.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of record